**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00400-JLK-CBS

DAVID ARCINIEGA,

     Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation,

     Defendant.

---

ORDER

---

     The COURT having reviewed the Stipulated Motion to Extend the Discovery Cutoff Date and Dispositive Motion Deadline (Doc. 27), and the case file, and being fully advised hereby ORDERS that the Motion is GRANTED and ORDERS that the Discovery Cutoff Date is extended up to and including October 20, 2015, for the limited purpose of allowing the Plaintiff to take the deposition(s) of the Defendant's witness(es) including its Fed.R.Civ.P. 30(b)(6) Designee(s) and the Dispositive Motion Deadline is extended to November 20, 2015.

Dated 9/29/2015

_____

John L. Kane
Senior United States District Judge